# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTI M. KLINE,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>REGIS CORPORATION, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 07cv1233 BTM(JMA)<br><br>**ORDER RE: OSC** |

In an order filed on August 15, 2007 ("OSC"), the Court ordered Defendants to show cause why this case should not be remanded to state court. The Court ordered Plaintiff and Defendants to file papers addressing whether the amount-in-controversy requirement had been met and whether defendant Debi Bodnar is a "sham defendant."

On September 4, 2007, Defendants filed papers in response to the OSC. Plaintiff has not filed a response. Upon review of Defendants' response, the Court is satisfied that the amount-in-controversy exceeds $75,000 and that Plaintiff cannot establish a cause of action against Bodnar for retaliation.

Accordingly, Defendants have carried their burden of establishing that the Court has diversity jurisdiction over this action under 28 U.S.C. § 1332. The Court will not remand the action at this time. Furthermore, the retaliation claim against Bodnar is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: September 17, 2007

　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　United States District Judge